USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
    PRINCIPAL HANS-GASTON,

                                     Plaintiff,

              -against-

    GRAND CENTRAL NEIGHBORHOOD
    SOCIAL SERVICES CORPORATION, *et al.*,

                                    Defendants.
------------------------------------------------------------- X

1:25-cv-4601-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      This action was removed from the Supreme Court of the State of New York, County of New York, on June 2, 2025. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than June 16, 2025.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff.

      SO ORDERED.

Dated: June 4, 2025
       New York, New York

                                                        _____
                                                          GREGORY H. WOODS
                                                     United States District Judge