```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- X
:
PRINCIPAL HANS-GASTON, :
:
                        Plaintiff, :   1:25-cv-4601-GHW
:
-against- :   <u>ORDER</u>
:
GRAND CENTRAL NEIGHBORHOOD :
SOCIAL SERVICES CORPORATION, *et al.*, :
:
                      Defendants. :
:
-------------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      This action was removed from the Supreme Court of the State of New York, County of New York, on June 2, 2025. Dkt. No. 1. On June 3, 2025, Plaintiff filed a motion to remand this action back to the New York State Supreme Court. Dkt. No. 2. Local Civil Rule 6.1(b) states in relevant part: "On all civil motions, petitions, and applications . . . any opposing or response papers must be served within 14 days after service of the moving papers . . . ." L. Civ. R. 6.1(b). Accordingly, Defendants' response to Plaintiff's motion to remand was due by June 17, 2025.

      As of the date of this order, Defendants have not filed a response to Plaintiff's motion to remand. Consequently, Defendants' response is overdue. If Defendants do not file an opposition by Monday, June 23, 2025, the Court will resolve Plaintiff's pending motion to remand as unopposed. The Clerk of Court is directed to mail a copy of this order to Plaintiff.

      SO ORDERED.

Dated: June 19, 2025
      New York, New York

                                                      GREGORY H. WOODS
                                             United States District Judge