```
UNITED STATES DISTRICT COURT                          USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                         DOCUMENT
                                                      ELECTRONICALLY FILED
------------------------------------------------------------X  DOC #: _____
                                              :       DATE FILED: 6/26/2025
   PRINCIPAL HANS-GASTON,                     :
                                              :
                              Plaintiff,      :       1:25-cv-4601-GHW
                                              :
                -against-                     :             ORDER
                                              :
   GRAND CENTRAL NEIGHBORHOOD                 :
   SOCIAL SERVICES CORPORATION, et al.,       :
                                              :
                              Defendants.     :
                                              :
------------------------------------------------------------X
```

GREGORY H. WOODS, United States District Judge:

      For the reasons stated on the record during the conference held on June 26, 2025, the Clerk of Court is directed to remand this case to the Supreme Court of the State of New York, County of New York, without delay. The Clerk of Court is further directed to mail a copy of this order to Plaintiff, to terminate the motion pending at Dkt. No. 2, and to close this case.[1]

      SO ORDERED.

Dated: June 26, 2025
      New York, New York

                                                                         GREGORY H. WOODS
                                                               United States District Judge

---

[1] The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).